## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS CHINESE- ) <br> MANUFACTURED FLOORING PRODUCTS ) <br> MARKETING, SALES PRACTICES AND ) <br> PRODUCTS LIABILITY LITIGATION ) <br> _____ ) | MDL No. 1:15-md-2627 (AJT/TRJ) |
| IN RE: LUMBER LIQUIDATORS CHINESE- ) <br> MANUFACTURED LAMINATE FLOORING ) <br> DURABILITY MARKETING AND SALES ) <br> PRACTICES LITIGATION ) <br> _____ ) | MDL No. 1:16-md-2743 (AJT/TRJ) |

**This Document Relates to:**
**All Cases**

### ORDER OF DISMISSAL AND JUDGMENT

This matter is before the Court upon the Parties' Stipulation of Dismissal and Entry of Judgment. Upon good cause shown, the Motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is **ORDERED** that all associated cases in the Formaldehyde MDL and Durability MDL are dismissed with prejudice and that judgment be entered regarding same except for the following seven cases:

- *Doss v. Lumber Liquidators, Inc.*, 1:15-cv-2627[1]
- *Gaus v. Lumber Liquidators, Inc.*, 1:17-cv-2810; 1:18-cv-2817
- *Jenkins v. Lumber Liquidators, Inc.*, 1:17-cv-2807[2]
- *Molina v. Lumber Liquidators, Inc.* 1:15-cv-2686[3]

---

[1] All other Plaintiffs besides Lin Doss shall be dismissed.
[2] All other Plaintiffs besides Brenda and Joe Jenkins shall be dismissed. Lumber Liquidators' position on Jenkins status as an opt-out is found in its motion to dismiss.
[3] All other Plaintiffs besides Amanda and Angel Molina shall be dismissed.

- *Stein v. Lumber Liquidators, Inc.*, 1:16-cv-2794
- *Jensen v. Lumber Liquidators, Inc.*, 1:17-cv-2813
- *Craig v. Lumber Liquidators, Inc.*, 1:18-cv-02816[4]

Pursuant to Order granting Final Approval, the general MDL numbers (1:15-md-2627; 1:16-md-2743) shall remain open for proper electronic filing in these seven cases and future opt-out cases that are transferred by the Judicial Panel on Multidistrict Litigation.

It is SO ORDERED.

ENTERED this 31st day of Jan. 2018.

/s/
Anthony J. Trenga
The Honorable Anthony J. Trenga
United States District Judge

---

[4] The parties have reached a settlement in *Craig* and will be filing a motion for approval of a settlement with a minor.